UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED GOVERNMENTAL SECURITY OFFICERS OF AMERICA, LOCAL 71, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AKAL SECURITY, INC.,<br><br>Defendant. | CASE NO. C06-1567C<br><br>ORDER |

This matter comes before the Court on Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 11). Defendant does not oppose the entry of partial summary judgment (Dkt. No. 14). Accordingly, the Court GRANTS Plaintiffs' motion. Defendant is hereby ORDERED to arbitrate the "Parks removal" and the "Simoneschi suspension and discharge" grievances by striking the list of arbitrators with the Plaintiff and selecting an arbitrator within 10 days of the date of this order. Defendant is further ordered to submit these disputes to arbitration in accordance with the collective bargaining agreement.

SO ORDERED this <u>17th</u> day of April, 2007.

John C. Coughenour
United States District Judge

ORDER – 1